# United States Court of Appeals
## For the First Circuit

_____

No. 24-1014

MARISSA-LYNN YOUNG,

Plaintiff - Appellant,

ARCHIE YOUNG,

Plaintiff,

v.

TOWN LINE VILLAGE COOPERATIVE, INC.; JONATHAN SPRINGER; THE HODGES COMPANIES,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: March 27, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellant Marissa-Lynn Young is presently in default for failure to file a brief. The court previously issued notice of default to appellant on February 26, 2024 which warned appellant that failure to file a brief would result in this appeal's dismissal for lack of diligent prosecution. The notice of default also extended appellant's deadline to file a brief until March 11, 2024. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Marissa-Lynn Michaud-Young
Archie Young